# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

March 9, 2023

Before
FRANK H. EASTERBROOK, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*

| No. 21-3158 | KRISTIE A. ALLEY,<br>　　　　　Plaintiff - Appellant<br><br>v.<br><br>PENGUIN RANDOM HOUSE,<br>　　　　　Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:20-cv-00117-RLY-DLP<br>Southern District of Indiana, Indianapolis Division<br>District Judge Richard L. Young ||

The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.

*[signature]*

Clerk of Court

form name: **c7_FinalJudgment**　　(form ID: **132**)